ROBERT C. ZABITA v. CHATHAM SHOP RITE, INC. AND
COMMISSIONER OF LABOR AS CUSTODIAN OF THE
SECOND INJURY FUND.

April 7, 1987.

This matter having been duly considered and the Court having determined that certification was improvidently granted;

It is ORDERED that the within appeal be and hereby is dismissed. (See 107 *N.J.* 45 (1986))

CASPER PINO v. STARNS MARKET, INC. AND
SECOND INJURY FUND.

April 7, 1987.

This matter having been duly considered and the Court having determined that certification was improvidently granted;

It is ORDERED that the within appeal be and hereby is dismissed. (See 107 *N.J.* 93 (1987))

STATE OF NEW JERSEY v. ROBERT LONDON.

April 7, 1987.

Petition for certification denied.